## ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5358
tdavis@zeklaw.com

March 30, 2012

**BY ELECTRONIC FILING**

The Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

**Lloyd Francis and Hazel Francis v. WMC Mortgage Corp., et al.**
**Index No. 2:11-cv-05845-LDW-AKT**

Dear Judge Wexler:

We represent Bank of America, N.A., individually and as successor by merger to BAC Home Loans Servicing, LP ("BANA"). We write in furtherance of our February 27, 2012 letter to Your Honor, requesting a pre-motion conference or waiver of the conference in granting BANA permission to file a motion to dismiss the complaint in this action.

In accordance with Rule 2(B) of Your Honor's Individual Rules, we filed a pre-motion letter explaining BANA's grounds for seeking dismissal. We also requested that Your Honor waive the pre-motion conference in connection with BANA's motion since Your Honor had done so in connection with co-defendant WMC Mortgage Corp.'s motion to dismiss.

Pursuant to Rule 2(B), plaintiffs had seven (7) days or until March 5, 2012 to respond. They failed to do so. Subsequently, we sought their consent, along with that of co-defendant WMC. Although WMC gave its consent, plaintiffs' counsel refused to do so without explanation.

ZEICHNER ELLMAN & KRAUSE LLP

The Honorable Leonard D. Wexler
March 30, 2012
Page 2

      Accordingly, we ask that Your Honor grant BANA's request to waive the pre-motion conference and to permit it to file a motion to dismiss the complaint.

                                     Respectfully,

                                     Tracee E. Davis

TED:bs

cc: Kenneth S. Pelsinger, Esq. (via ECF)
     Eric B. Epstein, Esq. (via ECF)

#655515 v1/TD/2978.277